1 | Paul P. Young, State Bar No. 257571
    Joseph Chora, State Bar No. 284700
2 | The Law Office of Paul P. Young
    2667 E. Colorado Blvd., Suite B
3 | Pasadena, CA 91107
    (626) 744-1838
4 | (626) 744-3167 (Facsimile)

5 | Attorneys for Plaintiff, James H. Donell
    Federal Receiver

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JAMES H. DONELL, Receiver for J T Wallenbrock and Associates and Citadel Capital Management Group Inc, | Case No.  8:05-CV-0524-ER-JPRx |
| Plaintiffs, | **RENEWAL OF JUDGMENT BY CLERK** |
| vs. | |
| Desksite, Inc. and Desksite Music, Inc., | |
| Defendants. | |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and Cal. Code Civ. Proc. §§ 683.110 through 683.320, and for good cause appearing, therefore:

The judgment in favor of James H. Donell, Federal Receiver and to and against Defendant Desksite, Inc. entered on December 7, 2006 is hereby renewed in the amounts set forth below:

Renewal of Money Judgment:

    a.    Total judgment    $1,629,258.44
    b.    Costs after judgment    0.00
    c.    Attorney's fees    0.00
    d.    Subtotal    $1,629,258.44
    e.    Interest after judgment    763,778.50
    f.    Subtotal    $2,393,036.94

|   |   |   |   |
|---|---|---|---|
| g. | Credits after judgment | | 0.00 |
| h. | Fee for filing renewal | | 0.00 |
| i. | **Total renewed judgment** | | **$2,393,036.94** |

DATED: 6/30/2016

    s/ J. Remigio
Deputy Clerk

**RENEWAL OF JUDGMENT**